UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE,            )<br>         PLAINTIFF      )<br>                           )<br>                           )<br>v.                         )<br>                           )<br>REGIONAL SCHOOL UNIT NO. 21, )<br>                           )<br>         DEFENDANT   ) | CIVIL NO. 2:11-CV-25-DBH |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On August 8, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Plaintiff's Motion for Attorney Fees. Objections to the Recommended Decision were filed by both parties on August 26, 2013. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's Motion for Attorneys' Fees and Costs is **GRANTED IN PART** to the extent that the plaintiff is **AWARDED** attorney fees and costs in the amount of Forty-One Thousand Seven Hundred Two Dollars and

Ninety-Nine Cents ($41,702.99), consisting of attorney fees in the amount of $39,874.80, reflecting an adjusted lodestar figure of $66,458.00 minus 40 percent, or $26,583.20, to account for the degree of success obtained, and costs in the amount of $1,828.19, and is otherwise **DENIED**.

**SO ORDERED.**

**DATED THIS 16TH DAY OF SEPTEMBER, 2013**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**